Richard/ Maria Shupe
3657 S Double Echo Rd
Tucson, AZ  85735
520-578-6400



FILED ✓    LODGED
RECEIVED    COPY

MAY 30 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## COUNTY OF PIMA
## STATE OF ARIZONA

Richard/ Maria Shupe
    Plaintiff's

v.

Portfolio Recovery Associates Inc.
    Defendant

**CASE No. 4:12-cv-400-TUC-CKJ**
**HON. CINDY K. JORGENSON**

**AMENDED COMPLAINT FOR:**
**VIOLATION OF FDCPA**
**VIOLATION OF TCPA**
**VIOLATION OF ARS 44-1282**
**INVASION OF PRIVACY**

---

**Comes** now the Plaintiff's in the above entitled action, and herein presents their Amended Complaint for violation of the FDCPA ( Fair Debt Collection Practices Act)  15 USC 1692, hereinafter named FDCPA; violation of TCPA ( Telephone Communications Practice Act ) 47 USC 227, hereinafter named TCPA; ARS 44-1282; and Invasion of Privacy (Intrusion upon Seclusion).

**This action** arises out of the Defendant's willful and repeated violations of the TCPA, FDCPA, out of state law violations, and out of

the Defendant's Invasion of the Plaintiff's Privacy ( Intrusion upon Seclusion) by the Defendant and their agents in their illegal efforts to collect a consumer debt not owed by the Plaintiff's.

## JURISDICTION:

**This** court has jurisdiction to hear this matter because of the FDCPA claim falls within the Jurisdiction of Federal Courts. This action has been brought within applicable statutes of limitations.

## PARTIES:

1) Plaintiff's are natural person whom reside in Pima County AZ.

2) Defendant is an Arizona citizen being incorporated in the state of Arizona.

3) The Defendant's principle place of business is located Dover, DE.

## FACTUAL ALLEGATIONS:

1) Plaintiff's have been subjected to numerous telephone calls by the Defendant in an effort to collect a debt from persons other than the Plaintiff's.

2) Defendant ignored three notices by the Plaintiff's to stop calling their landline telephone .

3) Plaintiff's phone number of 520-578-6400 is registered on the

National Do Not Call Registry hereinafter named NDCR.

4) Plaintiff's are consumers as defined by TCPA/ FCDCPA.

5) Defendant used auto dialing systems to call Plaintiff's.

6) The used of auto dialers is a direct violation of the TCPA

7) Defendant had no prior business relationship with Plaintiff's, nor did the Defendant have any authorization to call Plaintiff's.

8) By making numerous illegal calls to the Plaintiff's, the Defendant invaded the privacy of the Plaintiff's while Plaintiff's were secluded within the confines of their private residence.

9) Defendant violated FDCPA 805 (c) by refusing to cease all communications, when ask to do so.

10) The Defendant made dead calls to Plaintiff's residence.

11) In making said calls to Plaintiff's, the Defendant violated ARS 44-1282.

12) The Defendant caused emotional and physical harm to Plaintiff's by their illegal calls to the Plaintiff's.

## CAUSES OF ACTIONS:  COUNT I : VIOLATION OF FDCPA 15 USC 1692.

Plaintiff's herein incorporates all of the paragraphs of this complaint as though fully stated herein.

The Defendant's willful violation of the FDCPA sections 804(3), 805(b)(c), 806 and 808; numerous times, caused Plaintiff's physical and emotional harm.

## COUNT II: VIOLATION OF THE TCPA 47 USC 227

The Plaintiff's herein incorporates by reference all of the paragraphs of this complaint as though fully stated herein.

The Defendant used auto dialing systems, and made dead calls to the Plaintiff's residence.

## COUNT III: VIOLATION OF ARS 44-1282

The Plaintiff's herein incorporates by reference all of the paragraphs of this complaint as though fully stated herein.

The Defendant using automatic predictive dialing systems, violated the Arizona Revised Statute 44-1282.

## COUNT IV: INVASION OF PRIVACY (INTRUSION UPON SECLUSION.

The Plaintiff's herein incorporates by reference all of the paragraphs of this complaint as though fully stated herein.

The Defendant by making numerous illegal calls to the Plaintiff's residence, thus invaded the privacy of the Plaintiff's in direct violation of

the AZ State Constitution Art. II, Sec. 8. Plaintiff Maria Shupe has a medical condition which was aggravated by the illegal behavior of the Defendant. Both Plaintiff's suffered emotional harm by the illegal activity of the Defendant.

**PAYER FOR RELIEF:**

**COUNT I: VIOLATION OF THE FDCPA**

There is no exception or justification for the Defendant's willful and purposeful violation of the FDCPA. For each violation of the FDCPA, the Plaintiff's seek $1000.00 per violation, as granted by statute.

**COUNT II: VIOLATION OF THE TCPA**

There is no exception or justification for the Defendant's willful and knowingly violations of the TCPA. Because the Defendant's violations were done willfully, and knowingly, the Plaintiff's seek $1,500.00 per violation.

**COUNT III: VIOLATION OF AZ ARS 44-1282**

There is no justification or exception for the Defendant's willful violation of ARS 44-1282. The Plaintiff's seek $1000.00 per violation for each violation of the TCPA, as granted by said statute. Said statute allows for damages to be "in addition to TCPA" claims.

# COUNT IV: INVASION OF PRIVACY (INTRUSION UPON SECLUSION)

There is no justification or exception for the Defendant's willful invasion of the Plaintiff's privacy. The Plaintiff's caused physical harm to Plaintiff Maria Shupe, and emotional harm in the form of anger, upset, and other negative emotions to both Plaintiff's. The Plaintiff's seek compensatory damages in the amount to be determined at time of trial, and punitive damages to also be determined at time of trial. Plaintiff's seek reasonable attorney fees, and all cost of bringing forth this action.

**PLAINTIFF'S DEMAND JURY TRIAL**

Respectively submitted this 28th day of May, 2012

Richard Shupe
3657 S Double Echo Rd
Tucson , AZ 85735
520-578-6400

copy of the foregoing mailed to Victoria Orze, 5009 E Washington , Ste 125 Phoenix, AZ 85034 this 28th day of May, 2012.

RICHARD/MARIA SHUPE, PRO SE
3657 S DOUBLE ECHO RD
TUCSON, AZ 85735
520-578-6400

# PIMA COUNTY CONSOLIDATED JUSTICE COURT
### COUNTY OF PIMA
### STATE OF ARIZONA

Richard/ Maria Shupe
    Plaintiff's

CASE No. **CV12010595**

v.

Portfolio Recovery Associates, L.L.C.
    Defendant

VIOLATION OF FDCPA
VIOLATION OF TCPA
INVASION OF PRIVACY

---

Come now the Plaintiff's in the above entitled action and herein assert the complaint for violation of the Fair Debt Collection Practices Act Sec 805, hereinafter named the FDCPA, ,and for violation of the Telephone Communications Practice Act 47 USC 227 , hereinafter named the TCPA, and for Invasion of Privacy ( Intrusion upon Seclusion).

HISTORY:

~~Over a period of four months the Defendant called the Plaintiff's residence to collect a debt not owed by either of the Plaintiff's. The Defendant called several times during said period after being informed not to do so by the Plaintiff's.~~

## JURISDICTION:

This court has jurisdiction to hear this case because both parties are Arizona citizens, and the TCPA grants exclusive jurisdiction to the lower state courts; an~~d because the amount of damages sought by Plaintiff's is less than ten thousand dollar~~s. The FDCPA is a federal statute of which this court also has jurisdiction to hear . ~~Federal court threshold for civil actions is $75,000.00 or m~~ore.

1

## FACTS ASSERTED BY PLAINTIFF'S:

1) This action arises out of the Defendant's willful violations of the FDCPA, TCPA, and Invasion of Privacy ( Intrusion upon Seclusion).

2) Plaintiff's are US Citizens whom reside in the county of Pima, State of Arizona

3) The Defendant is an Arizona Citizen being incorporated in the State of Arizona , and having a statutory agent in the City of Phoenix, AZ. ( see exhibit 1)

4) The Defendant principle place of business is Dover, DE.

5) This complaint is being filed within applicable time statutes.

6) The Defendant made numerous calls to the Plaintiff's residence.

7) The Defendant made said calls after being told not to do so.

8) The Defendant used an auto dialing system to make said calls.

9) The Defendant made dead calls to Plaintiff's residence.

10) The Defendant made said calls for persons whom were not the Plaintiff's.

## COUNT I : VIOLATION OF THE FDCPA 15 USC

Plaintiff's incorporate by reference all of the paragraphs of this complaint as though fully stated herein.

Pursuant to 15 USC 1692(c) 805 ;CEASING COMMUNCATIONS, the Defendant without prior expressed permission, and having been told to cease communications, continued to call the Plaintiff's residential telephone to collect a debt, from a party other than the Plaintiff's.

## COUNT II: VIOATION OF THE TCPA USC 47 227

Plaintiff's incorporates by reference all of the paragraphs of this complaint as though fully stated herein.

Upon being notified by the Plaintiff's not to call their residential phone line, of which line is listed on the national Do Not Call Register, ~~the Defendant therein looses their "debt collector status"~~.

Pursuant to the TCPA statute, the Defendant illegally used an auto dialing system to call the Plaintiff's residential phone line. Pursuant to the TCPA statute the Defendant illegally made dead calls to the Plaintiff's

2

3

residence.(failing to answer said calls within time limits). Pursuant to the TCPA statute, the Defendant failed to check the DNC Register as per required by statute.

### COUNT III: INVASION OF PRIVACY (INTRUSION UPON SECLUSION)

The Plaintiff's incorporates by reference all of the paragraphs of this complaint as though fully stated herein.

The Defendant knowingly and willfully made illegal calls to the Plaintiff's residence. The Plaintiff, Maria L. Shupe suffers from debilitating nerve damage, of which was aggravated by said calls. The Plaintiff's pursuant to the AZ State Constitution Art II Sec.8, have a right to be "left alone in their secluded place".

### CAUSES OF ACTIONS:

### COUNT I : VIOLATION OF THE FDCPA

The Defendant violated 15 USC 1692(c) 805 by failing to cease all communication when told to do so. The Defendant violated 15 USC 1692(b) 805 by contacting a third party (Plaintiff's).

### COUNT II: VIOLATION OF THE TCPA 47 USC 227

The Defendant made numerous calls to the Plaintiff's residential telephone, of which number was on the DNC Register. The Defendant

had no prior permission, or relationship with Plaintiff's.

The Defendant in making said calls use an auto dialing system in direct violation of the TCPA.

The Defendant failed to answer said calls pursuant to the time. requirements of the TCPA.

### COUNT III: INVASION OF PRIVACY (INTRUSION UPON SECLUSION )

The Defendant invaded the privacy of the Plaintiff's by their illegal calling .

### PRYER FOR RELIEF:

### COUNT I: VIOLATION OF FDCPA

There was no justification or exception for the willful violations of this count.

For each violation of the FDCPA, the Defendant is subject to statutory damages of up to $1,000.00 per violation.

### COUNT II: VIOLATION OF THE TCPA

There is no justification or exception for the willful violations of this count.

Pursuant to the TCPA, statutory damages of $500.00 per violation and $1500.00 per violation when made "knowingly and willfully".

## COUNT III: INVASION OF PRIVACY

There is no justification or exception for the Defendant's willful violation of the Plaintiff's privacy.

As a result of the Defendant's illegal actions, the Plaintiff's suffer emotional distress in the form of anger, upset, among other negative emotions. ~~The Plaintiff Maria L. Shupe suffered physical pain as a result of the Defendant's illegal actions.~~

~~**SUMMARY OF COMBINED DAMAGES:**~~

~~The Plaintiff's seek statutory and punitive damages in the amounts allowed by law. Plaintiff's seek total damages in the amount of $9,999.00 plus all cost of bringing this action.~~

## PLAINTIFF'S DEMAND TRIAL BY JURY

## SUMMONS

## STATE OF ARIZONA TO THE ABOVE NAMED DEFENDANT:

**YOU** are summoned to appear and answer this action in the Court named above by filing an Answer along with the required answer fee within (20) consecutive days, not counting the day of service. If the twentieth day is a Saturday, Sunday or legal holiday, the time runs until the end of the next day which is **NOT** a Saturday, Sunday or legal holiday. (refer to Arizona Revised Statutes for time variations related to out of state service)

Date **MAY 1 '12**　　　　　　　　　　　　　　　__PEYTON__
　　　　　　　　　　　　　　　　　　　　　　　　Justice of the Peace
**CV12010595**

**Respectively** submitted this 1st Day of May, 2012

_____　　　　　　　_____
Richard Shupe　　　　　　　　　　　　　　　Maria Shupe
3657 S Double Echo Rd
Tucson, AZ 85735
520-578-6400

04/13/2012

Arizona Corporation Commission
State of Arizona Public Access System

2:48 PM

## Jump To...

Scanned Documents     Microfilm

| Corporate Inquiry | |
|---|---|
| File Number: R-0883940-3 | Check Corporate Status |
| Corp. Name: PORTFOLIO RECOVERY ASSOCIATES, L.L.C. | |

### Domestic Address

| % NATIONAL REGISTERED AGENTS INC. |
|---|
| 638 N FIFTH AVE |
| PHOENIX, AZ 85003 |

### Foreign Address

| 15 E NORTH ST |
|---|
| DOVER, DE 19901 |

### Statutory Agent Information

| Agent Name: NATIONAL REGISTERED AGENTS INC |
|---|
| Agent Mailing/Physical Address: |
| 300 W CLARENDON AVE #230 |